UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CV-06-290-EFS |
| vs. | ) | |
| | ) | Final Order of Forfeiture |
| $190,827.01 U.S. CURRENCY, | ) | |
| Defendant. | ) | |

Plaintiff, United States of America, alleged in a Verified Complaint for Forfeiture In Rem, that the defendant property is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881.

The Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355. Venue is proper pursuant to 28 U.S.C. § 1395.

The property to be forfeited consists of the following:

$190,827.01 U.S. currency seized on September 28, 2006.

On October 31, 2006, Roderick White was personally served with a copy of the Verified Complaint for Forfeiture In Rem, and the Notice of Complaint for Forfeiture, as evidenced by the Affidavit of Joseph E. Pence, Jr., filed in this matter on October 31, 2006. Roderick White did not file a timely claim or answer, and a Clerk's Order of Default was entered on January 16, 2007.

The Notice of Complaint was published on October 26, and November 2 and 9, 2006, in the Cheney Free Press, a newspaper of general circulation in Spokane County, Washington, as evidenced by the USM-285 form filed with the Court on November 14, 2006. Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, Fed. R. Civ. P., and 18 U.S.C. § 983(a)(4)(A), require that claimants file a claim within thirty (30) days after final date of publication of the Notice of

Final Order of Forfeiture - 1

Complaint for Forfeiture, or within thirty (30) days after service of the complaint, whichever occurs first. At the latest this 30-day period expired on December 11, 2006.

On December 28, 2006, the United States Marshal's Service executed the Warrant of Arrest of Articles In Rem, as evidenced by the USM-285 form filed with the Court on December 28, 2006.

It appearing to the Court that any interest Roderick White may have had in the Defendant currency has been resolved by the entry of the Clerk's Order of Default;

It also appearing to the Court that no other claims have been made to the Defendant currency;

It further appearing that the property is currently held by the United States Marshal's Service in its secure custody and control;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Defendant $190,827.01 U.S. currency is hereby forfeited to the United States of America, and no right, title, or interest shall exist in any other person.

IT IS FURTHER ORDERED that the forfeited property shall be disposed of in accordance with law by the United States Marshal's Service.

DATED this   17th   day of January, 2007.

  S/ Edward F. Shea  
Edward F. Shea
United States District Court Judge

Presented by:

James A. McDevitt
United States Attorney

s/Jared C. Kimball

Jared C. Kimball
Assistant United States Attorney

Q:\Civil\2006\0290.forfeit.wpd

Final Order of Forfeiture - 2